BENJAMIN B. WAGNER
United States Attorney
LAUREL D. WHITE
Executive Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00043-MCE |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| GERARDO TOMAS ALMEIDA, JR., | |
| Defendant. | |

WHEREAS, on August 8, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Gerardo Tomas Almeida, Jr. and the finding of forfeiture to the United States the following property:

    (a)    A Hewlett Packard Desktop computer;

    (b)    A Western Digital Hard Drive; and

    (c)    A Hewlett Packard Lightscribe DVD-R.

AND WHEREAS, beginning on August 9, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

1

**Final Order of Forfeiture**

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253 to be disposed of according to law, including all right, title, and interest of Gerardo Tomas Almeida, Jr.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U. S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: April 27, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE